UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFERY TODD GRANGE, a married man as his sole and separate property; MULTIBANK-2009-1 CRE VENTURE, LLC, A Delaware Limited Liability Co.; LAWYERS TITLE COMPANY, a corporation; CAPITAL ACCESS GROUP, INC.; UNITED STATES SMALL BUSINESS ADMINISTRATION; SES EVENT SAFETY, INC.; DOE ONE to DOE TWENTY, Inclusive,<br><br>　　　　Defendants. | Case No. CV14- 04147 ABC (SSx)<br><br>[~~PROPOSED~~]<br>ORDER EXTENDING TIME FOR UNITED STATES SMALL BUSINESS ADMINISTRATION TO RESPOND TO THE COMPLAINT BY FORTY-FIVE DAYS |

The Court has reviewed the Parties' Stipulation to Extend Time for United States Small Business Administration ("SBA") to respond to the Complaint and THEREFORE, FOR GOOD CAUSE SHOWN, SBA shall have up to and including July 21, 2014 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: 6/4/14

_____

HON. AUDREY B. COLLINS

United States District Judge