1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF (Cal. Bar No. 141489)
4  Assistant United States Attorney
        Federal Building, Suite 7516
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6880
        Facsimile: (213) 894-7819
7       E-mail: joanne.osinoff@usdoj.gov

8  Attorneys for Federal Defendant
   United States Small Business Administration

9

10                IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through the Department of Transportation, | Case No. CV 14-04147 JAK (SSx) |
|---|---|
| Plaintiff, | **JOINT REPORT PURSUANT TO COURT'S ORDER OF MAY 19, 2015** |
| v. | |
| JEFFERY TODD GRANGE, a married man as his sole and separate property; ET AL., | |
| Defendants. | |

            Pursuant to the Court's Order of May 19, 2015, the parties file this Joint Report.
The parties have agreed to a settlement of the claims of the United States Small Business
Administration (hereinafter "SBA") for impairment of its collateral as a result of the
acquisition by the State of California of a portion of the real property located at 18592
Cajon Boulevard, San Bernardino, CA 92407 for a proposed project for state highway
purposes.  The real property to be acquired is specifically described in State of
California's Complaint for Eminent Domain and labeled as Caltrans Parcel No. 22502-1
(fee acquisition) and Caltrans Parcel No. 22502-2 (temporary construction easement

acquisition).  As part of the settlement, it is agreed that the remaining defendants, Jeffrey Todd Grange, SES Event Safety Inc., Symons Emergency Specialties, Inc., dba Symons Ambulance, Symons Ambulance, Inc., and Jeff T. Grange M.D., Inc., dba Grange Emergency Services, Inc., (hereinafter "the Grange Defendants") may continue to pursue their claims for damages against the State arising out of the acquisition, severance and construction and use of the Caltrans Parcels identified above.

The parties have been working on the necessary settlement documents including a settlement stipulation, disclaimer, proposed order of withdrawal and a proposed judgment.  As of the date of this report, the finalization of the language of these documents has not yet been accomplished despite the good faith efforts of undersigned counsel.  The documents require review and approval by counsel and their clients which is a multi-layered task for the governmental parties.  The settlement documents were initially drafted by counsel for the SBA with client concurrence and circulated to counsel for the other parties.  The documents have required numerous revisions to satisfy the concerns of the parties which have, in turn, necessitated additional review and approval by the SBA and the U.S. Department of Justice as well as the State of California and the Grange Defendants.  Additional time is needed by the parties to complete all settlement documents.

As part of the settlement, the parties have agreed to stipulate to the remand of this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

action to the Superior Court for the determination of compensation for the real estate and other claims by the Grange Defendants.

DATED: June 4, 2015        STEPHANIE YONEKURA
                           Acting United States Attorney
                           LEON W. WEIDMAN
                           Assistant United States Attorney
                           Chief, Civil Division


                           */s/  Joanne S. Osinoff*
                           JOANNE S. OSINOFF
                           Assistant United States Attorney
                           Attorneys for Federal Defendant
                           United States Small Business Administration


DATED: June 5, 2015        JEANNE E. SCHERER, Chief Counsel (Acting)


                           */s/  Michael Hahn  [by email authorization]*

                           MICHAEL HAHN

                           Deputy Attorney
                           Attorneys for Plaintiff, The People of the State of
                           California, acting by and through the Department
                           of Transportation


DATED: June __, 2015       PALMIERI, TYLER, WIENER, WILHELM &
                                WALDRON LLP


                           */s/  Michael Leifer  [by email authorization]*
                           MICHAEL LEIFER
                           Attorneys for Defendants
                           Jeffrey Todd Grange, SES Event Safety Inc., Symons
                           Emergency Specialties, Inc., dba Symons Ambulance,
                           Symons Ambulance, Inc., and Jeff T. Grange M.D., Inc.,
                           dba Grange Emergency Services, Inc.


**JOINT REPORT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT REPORT**
4