1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through 11  the Department of Transportation, | Case No. LA CV14-04147 JAK (SSx) |
| 12  Plaintiff, | **JUDGMENT** |
| 13  v. | **JS-6: REMANED** *(San Bernardino Superior Court, Case No. CIVDS1400818)* |
| 14  JEFFERY TODD GRANGE, a married man as his sole and separate property; 15  ET AL., | |
| 16  Defendants. | |

17

18    Upon consideration of the Stipulation of Just Compensation as to the Defendant

19  Small Business Administration Only and the Order of Withdrawal of Deposit and

20  Remand filed by the parties herein,

21    IT IS HEREBY ORDERED AND ADJUDGED that:

22    1.    Judgment shall be and is entered against the State and in favor of the United

23  States Small Business Administration (hereinafter "SBA") in the amount of Twenty

24  Seven Thousand Six Hundred Fifty Dollars ($27,650.00), which constitutes the total sum

25  to be paid to Defendant SBA as compensation for the impairment of its collateral as a

26  result of the State of California's acquisition of the portion of the subject property

27  specifically described in State's Complaint for Eminent Domain and labeled as Caltrans

28

**JUDGMENT**
1

Parcel No. 22502-1 (fee acquisition) and Caltrans Parcel No. 22502-2 (temporary construction easement acquisition). This sum shall be paid by check or warrant payable to the United States Small Business Administration and mailed to its counsel of record, Joanne Osinoff, Assistant United States Attorney, United States Attorney's Office, 300 North Los Angeles Street, Los Angeles, California 90012. Defendant SBA, through its counsel, shall execute and deliver to counsel for the State of California a Receipt and Satisfaction of Judgment after the funds are received and the check has cleared.

2. Payment in the amount specified above in paragraph 1 shall be in full payment for Defendant SBA's rights, title or interests in that portion of the subject real property subject to condemnation, specifically described in the State's Complaint for Eminent Domain and labeled as Caltrans Parcel No. 22502-1 (fee acquisition) and Caltrans Parcel Caltrans Parcel No. 22502-2 (temporary construction easement acquisition) (hereinafter collectively "Caltrans Parcel Nos. 22502-1 and 22502-2"), and damages with respect to Caltrans Parcel Nos. 22502-1 and 22502-2 caused by any or all of the following: (a) the acquisition of Caltrans Parcel Nos. 22502-1 and 22502-2; (b) the severance of the remainder from Caltran Parcel Nos. 22502-1 and 22502-2, that portion of the subject property being acquired; and (c) the construction and use of the project for which Caltrans Parcel Nos. 22502-1 and 22502-2 are being taken in the manner proposed by the State.

3. This payment to SBA, identified in paragraph 1 above, and this Judgment will not extinguish, waive or release SBA's lien, rights, title or interests on the remainder of the subject property, i.e., that portion of the subject property not subject to condemnation.

4. This payment to the SBA, identified in paragraph 1 above,, and this Judgment will not preclude the SBA from seeking damages of every kind and nature in a subsequent action if there is a changed manner of construction and/or use of the project by the State which causes damage to the property or the rights, title or interests of the

1  SBA. Additionally, this payment and this Judgment will not preclude the United States,
2  its officers, agents and employees from seeking damages, restitution, fines and/or
3  penalties in connection with its law enforcement obligations and activities.
4      5.      The purpose for which Caltrans Parcel Nos. 22502-1 and 22502-2 are being
5  taken in the manner proposed by the State is a public use authorized by law, and the
6  taking of Caltrans Parcel Nos. 22502-1 and 22502-2 is necessary for this use.
7      6.      Each party shall bear its own cost, attorney's fees and expenses with respect
8  to the payment of such compensation to the SBA only.
9      7.      This action is remanded to state court from which it was removed.

DATED: August 18, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**JUDGMENT**
3