

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: August 19, 2015

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Name & Address
Superior Court of California, San
Bernardino County
247 West Third Street
San Bernardino, CA 92415-0210

Re:  Case Number: 2:14-CV-4147-JAK(SSx)

Previously Superior Court Case No. CIVDS1400818

Case Name: The People of the State of California -v- Jeffrey Todd Grange, et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on August 18, 2015, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Brent_Pacillas@cacd.uscourts.gov
Deputy Clerk   213-894-

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: _____
Date                    Deputy Clerk

CV - 103 (09/08)   **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**